# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1579
LT Case No. 2020-DR-000892

_____

VALERIA BILBY,

    Appellant,

    v.

REESE BILBY,

    Appellee.

_____

On appeal from the Circuit Court for Citrus County.
Richard A. Howard, Judge.

Jeremy T. Simons, of Ayo and Iken, P.L.C., New Port Richey, for
Appellant.

Michael R. Warren, of Warren Law Firm, PLLC, Dade City, for
Appellee.

June 11, 2024

PER CURIAM.

    AFFIRMED.

MAKAR, HARRIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____